ACCEPTED
03-15-00022-CV
4862461
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 1:01:04 PM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-15-00022-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 1:01:04 PM
JEFFREY D. KYLE
Clerk

### IN THE THIRD COURT OF APPEALS
### AT AUSTIN, TEXAS

**BEACON HILL STAFFING GROUP, LLC; CODY COX; and BRANNON ROSS**

*Appellants*,

**v.**

**KFORCE, INC.**,

*Appellee.*

On Appeal from the 98th Judicial District Court of Travis County, Texas
Cause No. D-1-GN-14-004781

### JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE COURT OF APPEALS:

Appellants Beacon Hill Staffing Group, LLC, Cody Cox, and Brannon Ross ("Appellants") and Appellee Kforce, Inc., ("Appellee"), respectfully moves for the entry of an agreed order of dismissal with prejudice.

1

## I.

Appellants and Appellee have resolved all issues between them. The parties hereby request the dismissal with prejudice of the above-styled and numbered case with each party bearing its respective costs and attorneys' fees.

## II.

WHEREFORE, Appellants Beacon Hill Staffing Group, LLC, Cody Cox, and Brannon Ross and Appellee Kforce, Inc., request that all claims asserted on appeal be dismissed with prejudice, with costs of court to be borne by the party incurring same.

Respectfully submitted,

*/s/ Rick L. Lambert*
Rick L. Lambert
State Bar No. 11844725
Rick.lambert@uwlaw.com
Jennie C. Knapp
State Bar No. 24069350
jennie.knapp@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 S. Taylor, Suite 1200, LB 233
Amarillo, Texas 79105

ATTORNEYS FOR APPELLANTS

*/s/ Bruce A. Griggs*
Bruce A. Griggs
State Bar No. 08487700
bruce.griggs@ogletreedeakins.com
Martin A. Rodriguez
State Bar No. 24071129
martin.rodriguez@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
301 Congress Avenue, Ste. 1150
Austin, Texas 78701
512-344-4700

512-344-4701 (Fax)
ATTORNEYS FOR APPELLEE

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 13th day of April 2015, a true and correct copy of the foregoing was sent to the following:

*Via Email*
Rick L. Lambert - Rick.Lambert@uwlaw.com
Jennie C. Knapp – jennie.knapp@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
1008 Macon Street, Suite 101
Fort Worth, Texas 76102

   /s/ Bruce A. Griggs
Bruce A. Griggs

20854104.1